**Cassie Cerise**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Thursday, February 09, 2017 3:56 PM |
| To: | Cassie Cerise |
| Subject: | U.S. Bankruptcy Court, District of Colorado - Returned Mail Notice, In re: John Arthur Stock, Case Number: 17-10338, MER, Ref: [p-104504395] |
| Attachments: | R_P117103387690035.PDF |

FILED
KENNETH S. GARDNER
CLERK
2017 FEB 16  AM 11:49
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Notice of Returned Mail to Debtor/Debtor's Attorney

February 9, 2017

From: United States Bankruptcy Court, District of Colorado

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: John Arthur Stock, Case Number 17-10338, MER

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>US Bankruptcy Court</u>
<u>US Custom House</u>
<u>721 19th St.</u>
<u>Denver, CO 80202-2508</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Cliatt Construction
1124 Colorado Avenue
Glenwood Springs, CO 81601-3817

THE UPDATED ADDRESS IS:

Cliatt Construction    Durango, CO 81301
P.O. Box 3964

_____    2-13-17
Signature of Debtor or Debtor's Attorney    Date

1

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.